IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON<br>316 COVERED BRIDGE ROAD<br>KING OF PRUSSIA, PA 19406<br><br>　　　　Plaintiff<br><br>v.<br><br>WHITE BRIDGE FUNDING GROUP, LLC<br>591 STEWART AVE #520<br>GARDEN CITY, NY 11530<br><br>　　　　Defendant. | Case No. 2:23-cv-04421<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SETTLEMENT**

　　Please take notice that, pursuant to Local Rule 41.1, the issues between the parties have been settled. Kindly enter an order dismissing this action with prejudice and without costs.

　　　　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　　　　Andrew Roman Perrong, Esq.
　　　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　　　　　　　a@perronglaw.com


　　　　　　　　　　　　　　*Counsel for Plaintiff*

1