# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. SHELTON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-4421 |
| | : | |
| WHITE BRIDGE FUNDING GROUP, LLC | : | |
| | : | |

## ORDER

AND NOW, this 8th day of January 2024, upon considering the Plaintiff's Notice of Settlement (ECF No. 3), construing it as a voluntary dismissal before Defendant filed an answer or moved for summary judgment under Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is **ORDERED:**

1. This action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall mark this matter **CLOSED**.

*[signature]*
**KEARNEY, J.**